**Order entered September 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00565-CR
No. 05-21-00566-CR

**HENRY LEE CAREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-55133-H & F19-10416-H**

**ORDER**

Although the clerk's records in the above appeals were filed August 5, 2021, appellate counsel Christian Souza filed a "motion to supplement the record on appeal and hold briefing schedule in abeyance" asking for supplemental clerk's records with file-stamped and complete copies of the "Notice of State's Intention to Enhance the Range of Punishment" filed in each case. We ordered the district clerk to file supplemental clerk's records or written verification that the documents appellant seeks to have filed do not exist. To date, the district clerk is still working

on locating such copies. In the meantime, Mr. Souza has filed a motion to withdraw as appellate counsel, citing an apparent conflict of interest.

In light of the above, we **ORDER** the trial court to hold a hearing to determine the following:

• The trial court shall first determine whether appellant desires to prosecute these appeals. If the trial court determines that appellant does not desire to prosecute the appeals, it shall make a finding to that effect.

• If appellant desires to prosecute these appeals, the trial court shall then appoint appellate counsel to represent appellant and cause a copy of the appointment to be filed with this Court.

• The trial court shall determine whether the documents entitled "Notice of State's Intention to Enhance the Range of Punishment" were filed and if so, whether file-stamped copies with complete headers exist. If they do exist, the trial court shall cause the district clerk to file a supplemental clerk's record in each appeal with a file-stamped copy.

• If the "Notice of State's Intention to Enhance the Range of Punishment" documents were filed but no copies of file-stamped complete-header documents exist, the trial court shall determine if the parties can agree on copies that accurately duplicate the originals and if so, cause the same to be filed in supplemental clerk's records.

We **ORDER** the Dallas County District Clerk to transmit a record containing the trial court's written findings of fact, if any, the trial court's orders and/or appointments, and any supporting documentation to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Clinton, Presiding Judge, Criminal District Court No. 1; Dallas County District Clerk Felicia Pitre; and counsel for all parties.

We **ABATE** these appeals to allow the trial court to comply with this order. The appeals shall be reinstated when the findings and appointments are received or when the Court determine it appropriate to do so.

/s/ ROBERT D. BURNS, III
    CHIEF JUSTICE